IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03155-KLM

MICHAEL ACKER,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
CHIEF OF POLICE PAUL PAZEN, in his individual capacity,
JOHN & JANE DOES 1-5, in their individual capacities,

    Defendants.

---

## NOTICE OF RELATED CASE

---

Please take notice, pursuant to D.C.COLO.LCivR 3.2, of related cases: *Abay, et al. v. City of Denver*, Case No. 1:20-cv-01616- RBJ; *Black Lives Matter 5280, et al. v. City and County of Denver, et al.*, Case No. 1:20-cv-01878-RBJ; and *Cruz, et al. v. City and County of Denver, et al.*, Case No. 1:20-cv-01922-RBJ. All cases, including this case, involve common defendant City and County of Denver, as well as common claims under 42 U.S.C. § 1983.

DATED this 22nd day of October 2020.

                                                  KILLMER, LANE & NEWMAN, LLP

                                                */s/ Andy McNulty*
                                                Andy McNulty
                                                Reid Allison
                                                1543 Champa St., Ste. 400
                                                Denver, CO 80202
                                                Phone: (303) 571-1000
                                                Facsimile: (303) 571-1001
                                                amcnulty@kln-law.com
                                                rallison@kln-law.com

                                                ATTORNEYS FOR PLAINTIFF